**RECORD NO. 14-4662**

In The

# United States Court Of Appeals

## For The Fourth Circuit

**UNITED STATES OF AMERICA,**

***Plaintiff – Appellee,***

**v.**

**DALIA MARQUEZ BERNAL,**

***Defendant – Appellant.***

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA AT GREENSBORO**

## BRIEF OF APPELLANT

**John Carlyle Sherrill, III**
**SHERRILL & CAMERON, PLLC**
**117 West Council Street**
**Salisbury, NC 28144**
**(704) 633-5723**

***Counsel for Appellant***

*Gibson*Moore Appellate Services, LLC
421 East Franklin Street ♦ Suite 230 ♦ Richmond, VA 23219
804-249-7770 ♦ www.gibsonmoore.net

# TABLE OF CONTENTS

**PAGE:**

TABLE OF AUTHORITIES ........................................................................ ii

STATEMENT OF SUBJECT MATTER AND APPELLATE JURISDICTION ........................................................................1

STATEMENT OF ISSUES ........................................................................1

STATEMENT OF THE CASE ........................................................................1

SUMMARY OF ARGUMENTS ........................................................................2

ARGUMENT ........................................................................2

1. THE DISTRICT COURT COMMITTED REVERSIBLE ERROR IN SENTENCING MS. BERNAL TO 384 MONTHS FOR HER MINOR PARTICIPATION IN TWO CRIMES IN WHICH NO PHYSICAL INJURIES WERE CAUSED AND ONLY LIMITED ECONOMIC DAMAGES INCURRED. ................2

STANDARD OF REVIEW ........................................................................2

DISCUSSION OF ISSUE ........................................................................3

CONCLUSION ........................................................................4

CERTIFICATE OF COMPLIANCE

CERTIFICATE OF FILING AND SERVICE

# TABLE OF AUTHORITIES

**PAGE(S):**

**CASES:**

*Anders v. California*,
386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967) ....................................4

*United States v. Bartram*,
407 F.3d 307 (4th Cir. 2005) ....................................................................3

*United States v. Farrior*,
535 F.3d 210 (4th Cir.2008), *cert. denied*,
___ U.S. ___, 129 S. Ct. 743, 172 L. Ed. 2d 740 (2008) ..................................3

*United States v. Hudson*,
272 F.3d 260 (4th Cir. 2001) ....................................................................3

*United States v. Kinter*,
235 F.3d 192 (4th Cir. 2000) ....................................................................3

**STATUTES:**

18 U.S.C. § 924 ......................................................................................2

28 U.S.C. § 1291 ....................................................................................1

## STATEMENT OF SUBJECT MATTER AND APPELLATE JURISDICTION

This appeal is from a judgment and sentence imposed on August 14, 2014 against the defendant-appellant, Dalia Marquez Bernal. The judgment was entered on August 22, 2014. Docket 34, Judgment) Ms. Bernal filed a timely notice of appeal on August 25, 2014. (Docket 37, Notice of Appeal) This court has jurisdiction pursuant to 28 U.S.C. § 1291.

## STATEMENT OF ISSUES

1. WHETHER THE DISTRICT COURT COMMITTED REVERSIBLE ERROR BY SENTENCING MS. BERNAL TO 384 MONTHS IN THE BUREAU OF PRISONS.

## STATEMENT OF THE CASE

This case arises from a series of armed robberies from convenience stores in the Winston-Salem, North Carolina area between February and April 2013. The robberies were committed by Randall Gray Webb. During each of these robberies Ms. Bernal drove the get-away-car during each of the robberies. (Docket 28, Presentence Investigation Report, pages 5-6) Mr. Gray and Ms. Bernal were arrested on April 9, 2013 and admitted their involvement.

The grand jury for the Middle District of North Carolina returned a ten-count indictment on January 28, 2014. (Docket 1, Indictment) Ms. Bernal entered in to a written plea agreement with the government in which she agreed to enter a plea of guilty to Count Three and Count 5, both for brandishing a firearm during

and in relation to a crime of violence. Ms. Bernal appeared before the Honorable James A. Beaty, Jr. on May 6, 2014 and entered her plea. (Docket 44, Transcript of Change of Plea Hearing)

The case came back on for a sentencing hearing on August 14, 2014 before Judge Beaty. At that time the court imposed a mandatory minimum sentence based on the two counts to which she entered a guilty plea. The total sentence was 384 months consisting of 84 months under Court 3 along with a consecutive sentence of 300 months on Count 5. (Docket 34, Judgment) Ms. Bernal entered notice of appeal on August 25, 2014. (Docket 37, Notice of Appeal)

## SUMMARY OF ARGUMENTS

Although the district court imposed the mandatory minimum sentences pursuant to 18 U.S.C. § 924 the sentence violates Ms. Bernal's Constitutional rights because of the length and severity of the sentences.

## ARGUMENT

1. THE DISTRICT COURT COMMITTED REVERSIBLE ERROR IN SENTENCING MS. BERNAL TO 384 MONTHS FOR HER MINOR PARTICIPATION IN TWO CRIMES IN WHICH NO PHYSICAL INJURIES WERE CAUSED AND ONLY LIMITED ECONOMIC DAMAGES INCURRED.

### STANDARD OF REVIEW

The Standard of Review in reviewing the district court's entry of a sentence is twofold. The district court's factual findings are reviewed for clear error but is

*de novo* with respect to legal interpretations of the Sentencing Guidelines. *United States v. Hudson*, 272 F.3d 260 (4th Cir. 2001); *United States v. Kinter*, 235 F.3d 192 (4th Cir. 2000). The Court reviews sentencing decisions for unreasonableness. *United States v. Bartram*, 407 F.3d 307 (4th Cir. 2005).

DISCUSSION OF ISSUE

There is no question that the series of robberies which are at the heart of this case were severe. Mr. Gray threatened clerks with a large knife, a pistol and by his very manner. Money was stolen and personal property was taken. However, Ms. Bernal's participation was as the get-away-driver for the robberies. She admitted her responsibility when she was arrested and she signed a plea agreement with the government. The parties to this case agreed that Ms. Bernal would be held responsible for two of the counts in the indictment.

The district court imposed the mandatory minimum for each of the crimes. However, a defendant still has a right to a sentence that is substantively reasonable given the circumstances of the offense and which does not violate the provisions of the Eighth Amendment prohibiting cruel and unusual punishment. This Court has previously ruled that a mandatory minimum sentence is *per se* reasonable. *United States v. Farrior*, 535 F.3d 210 (4th Cir.2008), *cert. denied*, ___ U.S. ___, 129 S. Ct. 743, 172 L. Ed. 2d 740 (2008)

# CONCLUSION

In accordance with the requirements of the decision of the United States Supreme Court in *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), appointed counsel for the defendant has reviewed both the facts and legal issues in the sentencing.

It is counsel's opinion that there are no legal issues that were not properly raised or disposed of by the trial court, and that there are no grounds for an appeal in this case to the Court of Appeals.

It is requested that the Court conduct an independent review of the record pursuant to *Anders*, *supra* to determine whether the case is "wholly frivolous."

A copy of this brief is being served upon the defendant.

RESPECTFULLY SUBMITTED
DALIA MARQUEZ BERNAL

/s/ John Carlyle Sherrill, III
John Carlyle Sherrill, III
Sherrill & Cameron, PLLC
117 West Council Street
Salisbury, NC 28144
(704) 633-5723

*Counsel for Appellant*

# CERTIFICATE OF COMPLIANCE WITH RULE 32(a)

## Certificate of Compliance with Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because:

   this brief contains 775 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman.

/s/ John Carlyle Sherrill, III
John Carlyle Sherrill, III

*Counsel for Appellant*

Dated: November 10, 2014

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on November 10, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Andrew Charles Cochran
OFFICE OF THE UNITED STATES ATTORNEY
101 South Edgeworth Street
4th Floor
Greensboro, NC 27401
(336) 333-5351

*Counsel for Appellee*

I further certify that one copy of the brief was mailed to the Defendant at her last known address of:

Dalia Marquez Bernal #30041-057
FCI Aliceville
P.O. Box 4000
Alliceville, AL 35442

The necessary filing and service were performed in accordance with the instructions given to me by counsel in this case.

/s/ Karen R. Taylor
Karen R. Taylor
GIBSON MOORE APPELLATE SERVICES, LLC
421 East Franklin Street, Suite 230
Richmond, VA 23219